UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY SANDLES & Y.S.,

              Plaintiffs,

   v.

SECRETARY OF VETERANS AFFAIRS,

             Defendant.

Case No. 23-01665-KKE

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

      Because Plaintiffs do not appear to have funds available to afford the $402.00 filing fee, Plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiffs' IFP applications, Dkts. 6 and 7, are GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to the Plaintiffs and to the assigned District Judge.

      Dated this 14th day of November, 2023.

                                                    S. KATE VAUGHAN
                                                  United States Magistrate Judge