UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY A. SANDLES et al.,<br>　　　　　　Plaintiff(s),<br>　v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br>　　　　　　Defendant(s). | CASE NO. C23-1665-KKE<br><br>ORDER TO SHOW CAUSE |

　　　This matter came before the Court on Plaintiffs' complaint, filed on November 14, 2023. Dkt. No. 9. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). As of the entry of this Order, Plaintiff has not filed proof of service or a waiver. Accordingly, the Court ORDERS Plaintiff to show cause by April 12, 2024, as to why this matter should not be dismissed without prejudice for failure to timely effectuate service.

　　　Dated this 14th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE - 1