UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY A. SANDLES et al.,<br>            Plaintiffs,<br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br>            Defendant. | CASE NO. C23-1665-KKE<br><br>ORDER EXTENDING TIME TO SERVE DEFENDANT |

This matter comes before the Court on Plaintiffs' request for additional time to serve Defendant. Dkt. No. 14.

Rule 4(m) requires a plaintiff to serve a complaint within 90 days or the court "must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court can only extend this deadline upon a showing of good cause. *Id.* As evidenced in Plaintiffs' response to this Court's order to show cause, there is good cause to extend the service deadline because Plaintiffs have been diligent. Dkt. Nos. 13, 14.

Because there is good cause to extend the service deadline, the Court ORDERS Plaintiffs to serve Defendant in accordance with Federal Rule of Civil Procedure 4 by **May 31, 2024**. Failure to serve by this deadline may lead to the Court dismissing this case without prejudice.

Dated this 18th day of April, 2024.

Kymberly K. Evanson
United States District Judge