# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAY A. SANDLES et al.,<br>                Plaintiffs,<br>    v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br>                Defendant. | CASE NO. C23-1665-KKE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

The complaint in this matter was filed on November 14, 2023. Dkt. No. 9. On April 18, 2024, the Court extended the deadline for Plaintiffs to serve Defendant to May 31, 2024. Dkt. No. 15. Plaintiffs have not provided proof of service. Under Federal Rule of Civil Procedure 4(m) the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Having already granted Plaintiffs an extension of time to serve Defendant, the Court finds this case should be dismissed without prejudice.

The Clerk is instructed to enter judgment as provided above and to close the case.

Dated this 28th day of June, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1